## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:  RONALD J CHILL
4898 MAGNOLIA BLOSSOM BLV
COLUMBUS OH 43230

Case No.   05-51580

Judge:  HOFFMAN

SSN(S)  XXX-XX-7977
XXX-XX-0000

FILED 2007 MAR 26 AM 9:36

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  March 22, 2007

Frank M. Pees
Chapter 13 Trustee

**Name and Address**

RONALD J CHILL
4898 MAGNOLIA BLOSSOM BLV
COLUMBUS OH 43230

**Amount**

968.42